IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BOYLE and ANNA BOYLE, :    Plaintiffs    :    : v.    :    : NORTH AMERICAN PACKING, LLC    : d/b/a ECONO-PAK and LUIS NUNEZ    : and ANTONIA ALMONTE-NUNEZ    : and CORPORATE RESOURCE    : SERVICES, INC. individually and/or    : d/b/a DIAMOND STAFFING    : SERVICES, INC. individually and/or    : d/b/a STAFF MANAGEMENT GROUP, : LLC, DIAMOND STAFFING    : SERVICES, INC. individually, and    : STAFF MANAGEMENT GROUP, LLC : Individually,    :    Defendants    : | No. 3:15cv746 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 16th day of August 2016, the defendants' motion to transfer (Doc. 51) is hereby **DENIED**.

                                                    **BY THE COURT:**

                                                    **s/ James M. Munley**

                                                    **JUDGE JAMES M. MUNLEY**
                                                    **United States District Court**