# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BOYLE and ANNA BOYLE, | : | No. 15cv746 |
| Plaintiffs | : | |
| v. | : | (Judge Munley) |
| | : | |
| NORTH AMERICAN PACKAGING, LLC, d/b/a ECONO-PAK and LUIS NUNEZ and ANTONIA ALMONTE-NUNEZ and CORPORATE RESOURCE SERVICES, INC. individually and/or d/b/a DIAMOND STAFFING SERVICES, INC. individually and/or d/b/a STAFF MANAGEMENT GROUP, LLC, DIAMOND STAFFING SERVICES, INC. individually, and STAFF MANAGEMENT GROUP, LLC, Individually | : | |
| Defendants | : | |

## **ORDER**

**AND NOW,** to wit, this 27th day of February 2018, it is hereby **ORDERED**:

1) Defendant Corporate Resource Services, Inc.'s motion for summary judgment (Doc. 64) is **GRANTED**;

2) Defendant Econo-Pak's motion for summary judgment (Doc. 68) is **GRANTED**;

4) Defendant Econo-Pak's request for an oral argument (Doc. 71) is **DENIED**; and

5) The Clerk of Court is directed to enter judgment in favor of Defendant Corporate Resource Services, Inc. and Defendant Econo-Pak and against the plaintiffs.

**BY THE COURT:**

**s/ James M. Munley_____**
**JUDGE JAMES M. MUNLEY**
**United States District Court**